Honorable Judge F. Dennis Saylor
Federal Court House
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Saylor,

I respectfully write to you today regarding the sentencing of my daughter, Jacquelyn Mahoney.

I never thought when she was born, I would ever be writing a letter like this. My name is Robert Mahoney, I've been married to Jackie's mother Patricia for thirty-three years. We have two children, Jackie and her younger brother Patrick. We brought the children up in Hanover MA, a small town south of Boston. We were a tight family unit, the kids did well in school, played sports, had many friends and never had any problems or trouble.

I worked as a contract negotiator for the National Utility Workers Union of America, settling labor contracts and disputes. My job required a lot of traveling to different states to settle contracts. My wife also worked full time at the Mass State Lottery. Everything was going well until Jackies early high school years, when our whole world seemed to fall apart. All of a sudden, almost overnight, she changed from a happy thriving young lady, to nervous, morose, and always having explanations for things that didn't add up. Nobody ever thinks their child is doing drugs. Especially a child who had always excelled at everything. We tried everything to get her straightened out. Groundings, Punishments, Rewards, Rehabs, Programs, Sober Houses. The strain and agony a family goes through is hard to describe, something so many families are going through right now in this country.

In May 2011, when Jackie was 19, she was in a horrific car accident. On a rainy Sunday night, she was driving home from her part time job and hydroplaned off the Southeast Expressway in the dark, into the median strip and hit a tree. She suffered a fractured skull with massive head injuries. She was in a coma for almost four days, and when she woke up, she looked fine, but had TBI (traumatic brain injury). The impact she suffered was so severe the doctors registered her with the National Brain Bank, an organization which is used to measure the severity of a brain injury, and proof she suffered such an injury. TBI victims have trouble with substance abuse, impulsivity, depression and agitation. They can be cognitively challenged.

Jackie is very intelligent and very kind. She has never been violent or intentionally mean to anyone. She has made some very bad choices and has taken full responsibility for her actions. She was brought up to be polite, respectful and nice to everyone. She has total remorse for everything she has ever done. Her sadness and guilt for the pain she has caused her family

keeps her up at night. Her addiction has led her down a road she never thought she would travel.

I am recently retired, and not in the best of health. I really need get her back on the right track before I go so she is not a burden to my wife, son and society as a whole. I will make it my life's work to do my best and work with Jackie daily. I'll help her get a job, get to counselors, suboxone clinics, drug tests Parole appointments whatever it takes to keep her on an honest track.

Jackie has done everything the courts have asked, has passed every one of her drug tests and has tried to do everything right. She has NEVER been involved with weapons of any kind or any violence. She has taken an online paralegal course while incarcerated and done very well, with a 94.84 average. She appears to be trying to move forward in every way.

Judge Wolf, I respectfully ask you to consider leniency in sentencing Jackie, I know she can be a productive member of society, if she can remain sober and off drugs.

Please understand that I realize the severity of what Jacquelyn has done and I do not take any of it lightly. I promise you I will spend the rest of my life trying to correct her and make her an asset to society.

Thank you,

Robert J Mahoney

Honorable Judge F. Dennis Saylor
Federal Court House
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Saylor,

My name is Patricia Mahoney. I am Jacquelyn Mahoney's mother. I type this letter with the hope you will find mercy in her sentencing.

Jackie is from a typical regular American family. Jackies father Robert and I have been married for 33 years. Robert worked for the old MASS Electric Utility as a lineman, I worked for the US Post Office. We saved up for and bought a house in Hanover MA. Our first child Jacquelyn was born in 1991, her younger brother Patrick was born two years later.

Jackie had a wonderful childhood. We had a great neighborhood filled with children to play with. It was almost old fashioned, with the kids running in after school, ditching their loaded backpacks, and heading out to play until I'd call them home for supper. My children spent many summers on Cape Cod, their grandmother luckily lived on the beach in West Dennis. As they got a little older, Robert was offered a job with the Utility Workers Union, based in Washington DC which required him to travel a lot, I quit the Post Office with such crazy hours and went to work at the Mass State Lottery full time.

Although every mother thinks their children are special, Jackie always was. She is extremely extroverted and outgoing. She was never shy. She is very empathetic and observes good in everybody. Jackie always excelled in school. She always scored high on MCAS and got good grades. She knew every teacher and kid in school. One time in 5th grade, a new boy showed up and he was Polish, literally from Poland. The poor kid spoke very little English. On his first day he sadly sat by himself at lunch, and she went right over and sat with him and brought all her friends. Somehow, they communicated, and they became fast friends. She brought him right into the fold. She didn't put up with anyone bothering or bullying anyone. She always fights for the underdog. Everyone in school and practically the whole town knew her. We would go to the grocery store and strangers would wave to her and say, "Hi Jackie!"

I was, of course, horrified of strangers talking to her and she'd say "Don't worry Mom it's just so and so 's grandfather or my cafeteria lady etc. While she has been incarcerated, she has made friends with other women who are illiterate, or English is their second language. She helps these girls with their court papers, because they can't read. She explains things to them they can't understand. She helps them with letters that they need to send. She shares her commissary items (coffee, candy, chips, etc. with girls who don't have any money.

Sometime in early high school, Jackie took a wrong turn. A parent wracks their brain on how it could happen, what could they have done differently, how can we fix it? The opiate epidemic was unleashed and wreaked havoc and destruction on so many American families like ours. Wiped out a whole generation of kids. It spiraled very quickly, with her, and frankly many other kids in the town. Addiction was out of control in our sleepy little town, with many kids she literally went to kindergarten with, using intravenous drugs.

At nineteen, she was in a really bad car accident. She suffered bad head injuries, and almost died. It has been a serious detriment to her drug addiction. The neurologist explained that with that kind of injury it would be seven times harder for her to quit drugs then the average person.

After the accident, she stayed clean for about 6 months, we started to have hope. Then she relapsed and with her TBI (traumatic brain injury) everything just fell apart. Impulsive decisions, agitation, and very very bad choices.

All parents have plans, hopes and dreams for their children. Even after all that's happened, I still have hope that one day she'll be a productive thriving member of society. I think she still has promise and worth. I think the lawyers and prosecutors believe it too. I realize the severity of her charges, and don't take any of it lightly.

While incarcerated, Jackie has taken an online paralegal course. She is very intelligent, and did well, with a 95% average. Her drug addiction has taken her to her knees.

Throughout this journey, she has never ever been involved in any kind of violence, never involved with any weapons of any kind. She has taken responsibility for her actions and done everything the courts have asked. She has total remorse for any pain she might have caused anyone, including her own family. She would never intentionally hurt anyone.

In closing, I'm sorry my letter is long, it's hard to sum up what happened to our daughter in a few paragraphs. I've never stopped loving my child or trying to help her fix her mistakes. Please find some compassion for my girl with her sentencing, please help my child have a shot at life.

Respectfully Submitted,

Patricia Mahoney

Honorable Judge F. Dennis Saylor
Federal Court House
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Saylor,

My name is Patrick Mahoney.

Jacquelyn Mahoney is my older sister, and she has had my back my entire life. She was a deeply protective older sister and helped give me the confidence that I have today.

I am two years younger than Jackie. I graduated from college with a master's degree in accounting. I went on to get my CPA, and currently live in New York City and am employed by an international accounting firm.

I write to you today to plead for leniency with her sentencing. She has always been a kind person who has complete compassion for others. She would never hurt anyone. She's never been violent. She struggles with a bad drug addiction, which changed the trajectory of our family's life. Our parents always had goals and plans for all of us. We were Team Mahoney. When we were little, we would have family meetings, usually Sunday morning after Mass. We would talk about school, plans for the week and progress. We were very competitive in school and sports, always striving to make our parents proud of us. Our dad would recite a family poem to us each night before bed, "Peace, love tranquility and justice for all in the American way."

All was going along nicely till she started dabbling with drugs. It was happening throughout the town. She graduated from high school and shortly after she had a life altering accident. Her drug addiction seemed to spiral following the accident. My parents sent her to rehabs and sober houses, had her arrested on section 35s and had desperately tried to get her to get clean. My parents' efforts and patience in helping Jackie has always inspired me as they always preached the importance of family, faith, and rooting for an underdog.

My parents are getting older, and her addiction has taken a toll on them both. My Dad has a lot of health problems, but they are retired now and will always try to help her. She still has a support system within her family. On the right track, she could do anything.

Respectfully Submitted,

Patrick Mahoney

Honorable Judge F. Dennis Saylor
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Jacquelyn R. Mahoney

Dear Judge Saylor:

I am writing on behalf of Jacquelyn "Jackie" R. Mahoney. Jackie is my husband's first cousin once removed, which means she is the daughter of his first cousin. Her mother, Patricia Mahoney, and I are close friends and Jackie was the very first baby I ever knew. She was the first born in our extended family and the absolute delight of everyone!

Jackie and I spent a lot of time together when she was a little girl. She adored my black lab Betty and Betty loved Jackie. They never tired of cuddling and playing ball together. I hosted many sleepovers for the two of them. Only when Jackie visited did I let the dog sleep in the bed. The look of surprise and unfettered joy on that little girl's face when she opened her eyes to see Betty snuggled up next to her is unmatched (and well-worth the dog hair in the bed!).

Jackie possesses a quiet confidence and emanates love and kindness. When she was 6 years old, my mother passed away. Shortly after her death, I was visiting Jackie's family in Hanover. She waited for the right time, when she and I were alone in the living room. She held my hand and looked into my eyes and said, "Your mum died?" And I said "Yes." Jackie said, "That's so sad. Are you ok?" That is who Jackie is. Mature beyond her years. Sensitive. Confident. Caring.

She is a gem of a person, a sweet soul with a terrific sense of humor. When she was four years old, she and I went for a walk near the beach in West Dennis. I let her direct me up and down the neighborhood streets. We got hopelessly lost! Her little legs couldn't keep walking so I put her on my shoulders to find our way back. She was so funny. She kept tapping my head saying, "Why did you listen to a four-year-old?" We laughed and laughed.

I have countless great memories of Jackie. At nineteen, she was in a terrible car accident and suffered a head injury. Things really seemed to go downhill from there. I am deeply saddened by her addiction and subsequent legal trouble. Her troubles have kept us apart, but I will always have a special place in my heart for her. And I am here for her.

Please, Judge Wolf, consider leniency in her sentencing. Jacquelyn R. Mahoney is not violent. She is intelligent and kind-hearted. She is loved and she is an important part of our family. There is a bright future awaiting her.

Thank you for your consideration.

Sincerely,

*Stacie Fehrm*

Stacie Fehrm

CONFIDENTIAL & RESTRICTED

Honorable Judge F. Dennis Saylor
United States District Court for the District of Massachusetts
Federal Courthouse / Boston, MA

Dear Judge Saylor:

I am writing on behalf of my niece, Jacquelyn Mahoney, to ask for leniency as you consider her sentencing for the charges she faces before your court.

As her uncle, I have obviously known '*Jackie*,' as she is commonly called, since the day she was born. Jackie grew up in a close extended family which includes my own three children; Erin, Patrick and Colleen and her own brother, also named Patrick. As a child, Jackie was frankly the apple of her grandmother's eye amongst a group of cousins who have all grown into successful adults with promising futures ranging from an Ivy League educated corporate lawyer to a rising Big Four accountant to a young real estate executive (wannabe) to a back country ski guide, who has worked part time in a Salt Lake City halfway house dedicated to helping homeless youth dealing with their addictions.

Like her cousins and brother, Jackie's future was bright and, with her intelligence and incredible work ethic, seemingly unlimited. And, like her brother and some of her cousins, Jackie could easily have been a National Merit Finalist. Sadly, she went down the wrong path in high school and ultimately suffered a serious brain injury in a car accident when she was nineteen years old. From my perspective, this started a chain of poor decisions that has led to the potential lengthy incarceration, for non-violent offenses, that Jackie faces today. I do not share this to make excuses nor to deflect from her actions, for which she now takes ownership, but simply to attempt to help you better understand what had led this promising young woman to stand before you.

Thankfully, I genuinely feel there is much hope for Jackie. I believe she has come to terms with her actions and has already made begun efforts to find a better path. I have learned that Jackie recently passed her paralegal certification and hopes for a future where she can assist others as they face the justice system.

In closing, I will share that Jackie's grandmother and my mother, was Jackie's biggest fan. Jackie lived with her 'Nana' during several summers on Cape Cod and I still remember listening in shock when my mother shared with me how much money Jackie was making as a waitress at the Swan River Fishmarket Restaurant in West Dennis. How? Jackie was the young waitress who regularly worked 60-70-80 hour weeks and attended to her tables with passion and elbow grease. I can relate. Personally, I am a 30+ year veteran software salesperson who has primarily succeeded for two reasons – caring about the people to whom I am selling and simple hard work. I know that Jackie possesses those same character traits which can lead her back from the abyss and can help her contribute to society. All Jackie needs is a chance to prove it to herself, her family and society. I respectfully ask, as much as you deem it possible, that you offer her leniency so she may prove it to the world.

Thank you for your consideration as you deliberate on Jackie's sentence.

Respectfully,

John Callahan

Honorable Judge F. Dennis Saylor

Federal Courthouse

1 Courthouse Way

Boston, Ma 02210

Dear Judge Saylor:

I am writing on behalf of my niece and Goddaughter Jacquelyn Mahoney requesting leniency at her sentencing.

I am a Registered Nurse who worked for 21 plus years as the Vice president of Clinical Services for Epoch Senior Living, a multi-state Senior Living company. I am semi-retired and currently work part time as a legal nurse consultant.

Jacquelyn (Jackie) is highly intelligent and motivated and was an engaged, curious child who loved meeting people and having new experiences. When Jackie was 14 years old, we traveled together to visit my daughter who was living in San Diego. Jackie's enthusiasm for sightseeing, meeting new people and learning new skills on that trip is a cherished memory for me. After one surfing lesson she was riding the waves. Jackie's love for her family includes her extended family so the time with her cousin and aunt was filled with laughter and joy.

Jackie was 13 years old when my mother passed away. Jackie exhibited such grace and poise welcoming and chatting with those who attended. When I returned to work the individuals from the Senior Management team each spoke to me about Jackie. They were so impressed with Jackie and comments included "she is amazing and will change the world", she should be in Congress". I was so proud of her.

At 19 years old Jackie sustained a brain injury in a car accident. Jackie worked diligently at rehab (and post rehab) to recover from the impairments caused by the brain injury successfully.

I spoke to Jackie while she was in custody, and she was excited and enthusiastic about the paralegal courses she was taking. She completed these courses with a grade of 95 and received her certificate.

Jacquelyn has no history of being violent. Jackie's immediate and extended family are loving and supportive. Hearing her enthusiasm for the paralegal courses triggered hope for me that Jackie may very well change the world someday.

Respectfully,

Karen Roberts

Honorable Judge F. Dennis Saylor
Federal Court House
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Saylor,

Thank you for allowing me the opportunity to speak about Jacquelyn Mahoney whom I have known for close to 25 years. My name is Estelle Crowley, I am a clinical Research Manager at BostonSight, a nonprofit that helps people with severe eye disease. I raised three sons in Hanover and Jackie has been a close friend throughout our lives.

I first met Jackie when I moved to Hanover almost 25 years ago with my husband and three young sons. On our first day there we received a knock on the door from a very precocious Jackie with her younger brother, Pat, in tow. She did an outstanding job of introducing them and asking if we had any kids they could play with. This began a close friendship between the Crowley and Mahoney families that has lasted all these years. Jackie was always smart, articulate and outgoing and controlled the 6 or 7 boys that along with Jackie comprised the neighborhood gang. Sadly, as Jackie entered high school, she naturally chose a new group of friends instead of her usual wiffle ball partners. Maybe she was ill equipped for the complicated female relationships but soon Jackie seemed to struggle for acceptance in her new group of friends. No one knows the reason choices are made but Jackie made bad ones and soon found herself in the grip of drug addiction. The Mahoney's are a warm and loving family and they tried everything to save Jackie from herself but as you know Jackie has made many mistakes and turned her back on help.

I am writing to ask you to consider leniency for Jackie. I know in the past that she has not made a strong effort to take advantage of efforts to help her get clean. I have watched her sad journey for years and I am hopeful that this time, now that she has had the opportunity to become sober, she is realizing the mistakes she has made in her life. I believe that Jackie is finally ready to make a change. I believe that given the opportunity along with the strong support system that her family provides she can make a change for the better. Jackie has never been violent, she has only hurt herself and the people who love her. I am hopeful that this may be her chance to try and find her way back to the life she was meant to have.

Thank you for your time and consideration,

Estelle Crowley